# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00866-CR

**Dayanara Baker, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 433RD DISTRICT COURT OF COMAL COUNTY,
### NO. CR2018-778D, THE HONORABLE DIB WALDRIP, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

This Court abated Dayanara Baker's pro se appeal on December 10, 2025, and remanded the case to the trial court for entry of a certification of Baker's right of appeal. *See* Tex. R. App. P. 25.2(a)(2) (setting forth general rule requiring trial court's certification of defendant's right of appeal each time it enters judgment of guilt or other appealable order), (d) (requiring that record in defendant's appeal include trial court's certification of defendant's right of appeal), 44.4 (addressing remediable error). The trial court has since certified that the underlying case is pending and that it has entered no appealable order. Accordingly, we lift the abatement, reinstate this appeal, and dismiss it for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Theofanis and Crump

Dismissed for Want of Jurisdiction

Filed:   January 23, 2026

Do Not Publish